IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE NATIONAL BANK, AS TRUSTEE FOR C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-CB2, § § § § § § § § § § Plaintiff, § § v. § § KELSEY RUTH DAWSON § AND CHRISTIAN ANN WELLS, § § Defendants. § | Civil Action No.5:22-cv-00718-XR |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle National Bank, as Trustee for C-BASS Mortgage Loan Asset Backed Certificates, Series 2007-CB2 ("U.S. Bank" or "Plaintiff") and Kelsey Ruth Dawson ("Defendant" and collectively the "Parties") file this Joint Stipulation of Dismissal Without Prejudice, and respectfully show the Court as follows:

**I.**

The Parties have reached an agreement regarding the claims in this matter, which calls for a dismissal of Plaintiff's claims against Defendants without prejudice. Therefore, in accordance with their agreement, the Parties hereby stipulate for the dismissal without prejudice to the refiling of the same of Plaintiff's claims against Defendant.

WHEREFORE, the Parties respectfully request that the Court enter an order dismissing Plaintiff's claims against Defendant without prejudice and for such other relief to which they may be justly entitled.

Respectfully submitted,

By:  */s/ Nicholas M. Frame*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**NICHOLAS M. FRAME**
Texas Bar No. 24093448
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
*Attorneys for Plaintiff*

and

Signed with permission:
By: */s/ Joseph G. Pena*
   Joseph G. Pena
   Texas Bar No. 24052898

   Ray Pena McChristian P.C.
   9601 McAllister Freeway, Suite 901
   San Antonio, Texas 78216
   (210) 341 3554 Telephone
   (210) 341 3557 Facsimile
   jpena@raylaw.com
   *Attorney for Defendant Kelsey Ruth Dawson*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was delivered to the following in the manner described below on August 8, 2022.

*Via ECF:*
Joseph G. Pena
Ray Pena McChristian P.C.
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341 3554 Telephone
(210) 341 3557 Facsimile
jpena@raylaw.com
*Attorney for Defendant Kelsey Ruth Dawson*

                              */s/ Nicholas M. Frame*
                              **NICHOLAS M. FRAME**